**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION**

**MICHAEL VERNON JAMES**                                                  **PLAINTIFF**

    **v.**                 **Case No.: 12-6024**

**WENDY KELLY, et al.**                                                 **DEFENDANTS**

**O R D E R**

On this 30th day of July 2013, there comes on for consideration the report and recommendation filed in this case on July 10, 2013, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 53). Also before the Court is Plaintiff's Response (doc. 54) to the report and recommendation.

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's motion to dismiss (doc. 52) is GRANTED, and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The parties are to bear their respective fees and costs.

IT IS SO ORDERED this 30th day of July 2013.

                                          /s/ Robert T. Dawson
                                          Honorable Robert T. Dawson
                                          United States District Judge